UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIE ARTESSE GRAY,<br><br>　　　　Plaintiff(s),<br><br>　　v.<br><br>PAUL JAMES LOZADA,<br><br>　　　　Defendant(s).<br>_____/ | No. C-14-01815 DMR<br><br>**ORDER REGARDING EX PARTE SUBMISSIONS AND INITIAL CASE MANAGEMENT CONFERENCE** |

The court is in receipt of Plaintiff's letter regarding the case management conference, which Plaintiff lodged with chambers but did not file. [Docket No. 6.] The court notes that parties are not permitted to contact the court ex parte (without the participation of the other party), and therefore the letter has been filed.

Per Docket No. 5, the Initial Case Management Conference previously scheduled for July 30, 2014 has been rescheduled to August 6, 2014 at 1:30 p.m in Courtroom 4, 3rd Floor, U.S. District Court, 1301 Clay Street, Oakland, California 94612. The Case Management Statement remains due no later than July 30, 2014.

IT IS SO ORDERED.

Dated: July 30, 2014

_____
DONNA M. RYU
United States Magistrate Judge