UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIE ARTESSE GRAY,<br><br>        Plaintiff(s),<br><br>  v.<br><br>PAUL JAMES LOZADA,<br><br>        Defendant(s).<br>_____/ | No. C-14-01815 DMR<br><br>**ORDER RE: PLAINTIFF'S SECOND AMENDED COMPLAINT [DOCKET NO. 30]** |

Plaintiff's filing of her Second Amended Complaint is inappropriate under Fed. R. Civ. P. 15(a) because Plaintiff does not have leave of the court nor Defendants' stipulation for doing so. Currently there are three motions to dismiss pending against the First Amended Complaint. The court will consider whether and to what extent to grant leave to amend upon its decision on the pending motions. The First Amended Complaint remains the operative complaint.

IT IS SO ORDERED.

Dated: December 5, 2014

DONNA M. RYU
United States Magistrate Judge