United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIE ARTESSE GRAY, | No. C-14-01815 DMR |
| Plaintiff(s), | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| PAUL JAMES LOZADA, | |
| Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The Further Case Management Conference previously scheduled for December 18, 2014 at 11:00 a.m. has been continued to **January 8, 2015 at 11:00 a.m.** to coincide with the hearing of Defendant Empire College's Motion to Dismiss. The Updated Joint Case Management Statement is due no later than **January 2, 2015**.

IT IS SO ORDERED.

Dated: December 9, 2014

_____
DONNA M. RYU
United States Magistrate Judge